# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DRUMMOND, | ) | CASE NO. 4:07-cv-1776 |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER AND** |
| | ) | **JUDGMENT ENTRY** |
| MARC HOUK, Warden, | ) | |
| | ) | |
| RESPONDENT. | ) | |
| | ) | |

This case is before the Court on remand from the United States Court of Appeals. This Court's order of December 31, 2010 conditionally granting a writ of habeas corpus was reversed. The Court of Appeals issued its judgment on August 14, 2015 and its mandate on September 23, 2015. A petition for writ of certiorari was denied on May 16, 2016.

Accordingly, the petition for writ of habeas corpus, as amended, is denied and this case is dismissed.

**IT IS SO ORDERED.**

Dated: June 30, 2016

                                                **HONORABLE SARA LIOI**
                                                **UNITED STATES DISTRICT JUDGE**